**No. 63110.**—F. C. Mackay *v.* United States, protests 215345–K, etc. (Pembina).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of fresh or frozen boneless pork similar in all material respects to that the subject of Abstract 59714, the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, MAY 28, 1959

**No. 63111.**—J. B. Wood Shipping Co., Inc., and Inter Maritime Fwdg. Co., Inc. *v.* United States, protests 58/16287 and 58/20542 (New York).

Opinion by OLIVER, C. J. The protests were dismissed.

**No. 63112.**—C. P. Goerz American Optical Company and Grosse' Jewels, N.Y. *v.* United States, protests 58/16939 and 58/18531 (New York).

Opinion by OLIVER, C. J. The protests were dismissed.

BEFORE THE SECOND DIVISION, JUNE 1, 1959

**No. 63113.**—James G. Wiley and American Weapons Corp. *v.* United States, protest 58/2484 (Los Angeles).

Opinion by RAO, J. In accordance with oral stipulation of counsel that said Webley cutaways are not pistols or revolvers in their imported condition, as part of the barrel has been cut away and other working parts exposed, and that they are machines in chief value of metal, the claim of the plaintiffs was sustained.